United States District Court
Southern District of Texas
**ENTERED**
November 27, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 5:18−po−66133 |
| | § | |
| Mohin Uddin Mamun | § | |

ORDER FINDING PROBABLE CASE

I find that the complaint and/or affidavit(s) filed with the complaint, attested under oath, establish probable cause to believe that an offense against the laws of the United States has been committed and that the defendant committed it.

The defendant therefore may be further detained pending presentment for an initial appearance before United States Magistrate Judge Sam S Sheldon on November 28, 2018, at 10:01 AM.

IT IS SO ORDERED

SIGNED November 27, 2018.

Sam S. Sheldon
United States Magistrate Judge