**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

United States of America

*versus* Case Number: 5:18−po−66133

Mohin Uddin Mamun

---

## Notice of Resetting

**A proceeding has been reset in this case as to Mohin Uddin Mamun as set forth below.**

**BEFORE:**
**Magistrate Judge Sam S Sheldon**

**PLACE:**

United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 12/6/2018

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Appearance

---

Date: November 28, 2018 David J. Bradley, Clerk