United States District Court
Southern District of Texas
**ENTERED**
December 06, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 5:18−po−66133 |
| | § | |
| Mohin Uddin Mamun | § | |

**ORDER APPOINTING COUNSEL**

Because the Defendant, Mohin Uddin Mamun, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

**Attorney appointed: Abundio Cantu**

The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

Signed on December 6, 2018.

Sam S. Sheldon
United States Magistrate Judge